AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 5/7/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Executor for Estate | Estate No. 1 (No reportable assets) (See VIII) |
| 3. | Trustee for Beneficiary Under Will | Trust No. 1 (No reportable assets) (See VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Thomson/Reuters, f/k/a West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Thomson/Reuters (f/k/a West Services) book royalties | $4,025.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed Math Tutoring |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 7-11, 2017 | Las Vegas, NV | Attend CLE Program & Judges' Conference | Partial reimbursement for lodging in connection with attendance at annual meetings |
| 2. | Mercer University School of Law | January - May 2017 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for meals with guest faculty, other faculty, and staff |
| 3. | American College of Bankruptcy | Mar 10-11, 2017 | Washington, D.C. | Attend induction ceremony and CLE Program | Reimbursement for travel and lodging |
| 4. | Tennessee Bar Association | April 28-30, 2017 | Gatlinburg, TN | Faculty for CLE Program | Reimbursement for travel, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bonapfel, Paul W. | 5/7/2018 |

| 5. | Coastal Bankruptcy Law Institute | April 20-21, 2017 | Savannah, GA | Faculty for CLE Program | Reimbursement for lodging, complimentary dinner for attending judges; registration fee including lunch waived |
|---|---|---|---|---|---|
| 6. | Turnaround Management Association | June 1-2, 2017 | Isle of Palms, South Carolina | Faculty for educational program for attorneys and consultants | Reimbursement for travel, lodging, and meals |
| 7. | Georgia State Bar Bankruptcy Section and ICLE | December 13-15, 2017 | Greensboro, GA | Educational program | Reimbursement of lodging, registration fee including lunch & dinner waived for attending judges and spouses |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 2. Cisco Systems Common | A | Dividend | K | T | | | | | |
| 3. Touchmark Bancshares, Inc. Common | A | Dividend | J | T | | | | | |
| 4. Landmark Bancshares Common (See Part VIII) | A | Dividend | K | W | | | | | |
| 5. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 6. US Savings Bonds | | None | L | T | | | | | |
| 7. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 8. Mass. Mutual Whole Life | B | Dividend | K | T | | | | | |
| 9. IRA Account 2 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 10. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 11. - Arrow DWA Tactical A Mutual Fund (DWTXF) | B | Dividend | K | T | | | | | |
| 12. Chevron Corp Common | B | Dividend | M | T | | | | | |
| 13. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | K | T | | | | | |
| 14. Monroe Ga (MB 17) | A | Interest | | | Redeemed | 01/09/17 | K | | Public |
| 15. Berrien Cnty Ga Sch Dis OID (MB 17) (2AU1) | A | Interest | | | Redeemed | 04/03/17 | K | | Public |
| 16. Cobb County Wtr & Sewer Impt Rev (MB 17) (8VWO) | B | Interest | | | Redeemed | 07/03/17 | K | | Public |
| 17. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | | | Redeemed | 07/13/17 | K | | Public |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gwinnett Cnty Ga Sch Dist Ref (MB 18) (5A50) | A | Interest | K | T | | | | | |
| 19. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) (6XJ4) | B | Interest | L | T | | | | | |
| 20. Georgia St Genl Oblig Ref-I (MB 18) (4PJ9) | A | Interest | J | T | | | | | |
| 21. Georgia St (MB 19) (4XE1) | B | Interest | K | T | | | | | |
| 22. Columbia Cnty Ga Genl Oblig Ser-D (MB 19) (0EM6) | A | Interest | | | Redeemed | 01/03/17 | J | | Public |
| 23. Georgia St Genl Oblig Ser-D (MB 19) (4LBO) | A | Interest | K | T | | | | | |
| 24. Lee County GA Sch Dist - B (MB 18) (2BZ9) | A | Interest | K | T | | | | | |
| 25. Ga St Rd & Tlwy (MB 19) (MCL3) | B | Interest | K | T | | | | | |
| 26. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | | | Redeemed | 12/01/17 | M | | Public |
| 27. Gwinnett Cnty Sch Dist Ref (MB 20) (5A84) | A | Interest | J | T | | | | | |
| 28. Clayton Cnty & Clayton Cnty Wtr Auth Wtr & Swr Rev Ref-A (MB 20) (6YN4) | B | Interest | L | T | | | | | |
| 29. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | | | Redeemed | 10/02/17 | M | | Public |
| 30. Georgia St Genl Oblig Ref Ser-I (MB 21) (4PP5) | B | Interest | K | T | | | | | |
| 31. Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) (5A95) | B | Interest | K | T | | | | | |
| 32. Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) (OGW5) | A | Interest | K | T | | | | | |
| 33. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | | | Redeemed | 12/01/17 | M | | Public |
| 34. Georgia St Genl Oblig Ref E-2 (MB 21) (4VTO) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) (4CJ5) | B | Interest | K | T | | | | | |
| 36. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) (0BL8) | C | Interest | M | T | | | | | |
| 37. Georgia St (MB 22) (4ZX7) | A | Interest | K | T | | | | | |
| 38. Georgia St Genl Oblig Ref Ser-J-2 (MB 22) (4WW2) | A | Interest | K | T | | | | | |
| 39. Atlanta & Fulton Cnty Rec Auth (MB22) (1LB5) | C | Interest | M | T | | | | | |
| 40. Morgan Stanley Bank - Accounts | A | Interest | J | T | | | | | |
| 41. GA Rd Reimbursement (MB 19) (6BG6) | B | Interest | K | T | | | | | |
| 42. Sumter Cnty Ga Sch Dist (MB 17) | B | Interest | | | Redeemed | 10/02/17 | K | | Public |
| 43. Metro Atl. Rap. Tran Au (MB 20) (5A46) | B | Interest | K | T | | | | | |
| 44. Walton Cnty Ga Sch Dist Ref (MB 20) (0BY6) | A | Interest | K | T | | | | | |
| 45. Gwinnett County Ga School Dist Ref (MB-23) (5B42) | B | Interest | K | T | | | | | |
| 46. Habersham Cnty Ga Sch Dist (MB 23) (6DH2) | B | Interest | K | T | | | | | |
| 47. Cobb Co. Ga Wtr & Sew Rev (MB 23) (8WC3) | A | Interest | J | T | | | | | |
| 48. Georgia St (MB 23) (43Q7) | A | Interest | L | T | | | | | |
| 49. Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) (3HS9) | B | Interest | K | T | | | | | |
| 50. Georgia St. Genl Oblig Ref-C (MB 23) (4YB6) | B | Interest | K | T | | | | | |
| 51. Forsyth Co. Ga Genl OBLIG-A (MB 24) (3DW3) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ga St Genl OBLIG- Ser B (MB 25) (4JP2) | B | Interest | L | T | | | | | |
| 53. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) (4CE6) | A | Interest | K | T | | | | | |
| 54. Main St Nat Ga Proj Ser A (MB 18)(YBBO) | B | Interest | L | T | | | | | |
| 55. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) (7AP5) | B | Interest | | | Redeemed | 08/31/17 | K | | Public |
| 56. Gwinnett County GA Dev Auth. (MB 20) (0BJ3) | B | Interest | K | T | | | | | |
| 57. Paulding Cnty Ga Sch Dist Ref (MB 21) (OFG6) | A | Interest | J | T | | | | | |
| 58. Gainesville & Hall Cnty Ga Hosp Auth (MB 21) (2NC6) (CF57V) (See VIII) | A | Interest | K | T | | | | | |
| 59. Gainesville & Hall Cnty Ga Hosp Auth (MB 21) (2NP7) (CE7E7) (See VIII) | A | Interest | J | T | | | | | |
| 60. Georgia St. Hsg & Fin Auth Rev Single Fam Mtg-C (MB 21) (9C78) | A | Interest | J | T | | | | | |
| 61. Cobb Cnty Ga Wtr & Sew Rev (MB 18) (8VX8) | B | Interest | K | T | | | | | |
| 62. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) (0JL6) | A | Interest | K | T | | | | | |
| 63. Forsyth Cnty G OID Genl Oblig A (MB 19) (3DM5) (See VIII) | A | Interest | J | T | | | | | |
| 64. Ga St Genl Oblig Ref (MB 20) (4PN0) | B | Interest | K | T | | | | | |
| 65. Georgia St Genl Oblig-E (MB 22) (4QU3) | A | Interest | | | Redeemed | 08/01/17 | J | | Public |
| 66. Mun. Elec. Auth Ga. Comb Cycle Proj. Rev Ser. A (MB 23) (7ZM9) | B | Interest | L | T | | | | | |
| 67. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23)(0BM6) | A | Interest | K | T | | | | | |
| 68. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) (2KA0) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Downtown Savannah Ga Savannah Projs Rev Ref (MB 24) (2MW7) | B | Interest | L | T | | | | | |
| 70. Georgia St Genl Oblig Ref-C (MB 23) (4ZY5) | B | Interest | L | T | | | | | |
| 71. Atl Arpt Gen Rev Ref Ser. C (MB 24) (MMUO) | B | Interest | K | T | | | | | |
| 72. Fulton County Ga Dev Auth Rev (MB 24) (0M20) | B | Interest | K | T | | | | | |
| 73. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) (0LW8) | B | Interest | K | T | | | | | |
| 74. Atlanta Ga Pub Safety & Judicial Facs Au (MB 24) (TBE8) | B | Interest | K | T | | | | | |
| 75. Atlanta Ga Arpt Rev (MB 25) (MQP7) | B | Interest | K | T | | | | | |
| 76. Gwinnett Cnty Dev Auth Ctfs Partn (MB25) (5CM5) | B | Interest | L | T | | | | | |
| 77. Oconee Cnty Ga Genl Oblig Ref Ser-A (MB25) (MBW7) | A | Interest | J | T | | | | | |
| 78. Georgia St Genl Oblig Ser-D (MB 25) (4F50) | B | Interest | L | T | | | | | |
| 79. Gwinnett Cnty Ga Sch Dist (MB 25) (5B67) | B | Interest | K | T | | | | | |
| 80. Downtown Savannah Auth Ga Imptgenl Oblig Rev Ref (MB 28) (2NA4) | B | Interest | K | T | | | | | |
| 81. Georgia St. Gen. Oblig Ser-A (MB 31) (4YW0) | A | Interest | K | T | | | | | |
| 82. Atlanta GA Arpt Pass FacChrg Sub Lien Gen Rev RefA (MB26)(TCQ5)(EBA65) | | None | K | T | Buy | 10/05/17 | K | | Public |
| 83. Atlanta Ga Dev Auth Rev-B(MB 27) (NJX6) (EG2G1) | A | Interest | K | T | Buy | 01/24/17 | K | | Public |
| 84. Forsyth Cnty GA Sch Dist (MB26) (4JL6) (FK2Y2) | | None | L | T | Buy | 12/05/17 | L | | Public |
| 85. Georgia Hsg Fin Singl Fam Mtg Auth Gen Oblig SerA (MB28) (96P5)(CKW82) | A | Interest | K | T | Buy | 09/08/17 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Georgia St (MB 27) (5AK9) (FK8A4) | | None | K | T | Buy | 07/07/17 | K | | Public |
| 87. Georgia St Genl Oblig Ref-C-1 (MB 25) (43M6) (DFQ7) | B | Interest | L | T | Buy | 01/24/17 | K | | Public |
| 88. | | | | | Buy | 04/10/17 | K | | Public |
| 89. Georgia St Genl Oblig Ref-C-1 (MB 25) (94P7) (DTQ39) | A | Interest | K | T | Buy | 10/05/17 | K | | Public |
| 90. Jefferson Ga Sch Dist Ref (MB 27) MCE9) (E2HM9) | | None | M | T | Buy | 12/05/17 | M | | Public |
| 91. Lamar Cnty School Dist (MB 31) (PBS2) (C5J83) | | None | K | T | Buy | 10/05/17 | K | | Public |
| 92. Macon-Bibb Cnty Ga Indl Auth Rev Ref (MB 26) (9AJ4) (C9K5R) | A | Interest | L | T | Buy | 09/12/17 | L | | Public |
| 93. Morgan Cnty Ga Sch Dist (MB 26) (1AJ4) (C6K2A) | A | Interest | K | T | Buy | 10/05/17 | K | | Public |
| 94. Suwanee Ga Urban Redev Agy Rev (MB 26) (8AZ9) (CU5L9) | | None | L | T | Buy | 07/14/17 | L | | Public |
| 95. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 96. Gwinnett County Sch Dist (MB 23) (55P47) | A | Interest | J | T | | | | | |
| 97. Carroll Cnty School Dist (MB 23) (83CM7) | B | Interest | K | T | | | | | |
| 98. Gwinnett Cnty Dev Auth Ctfs Partn (MB 24) (15CL7) | C | Interest | L | T | | | | | |
| 99. IRA Account 1 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 100. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | L | T | | | | | |
| 101. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | | None | | | | | | | |
| 102. –Guggenheim S & P 500 Equ Weight (RSP) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  – IShares US Consumer Ser ETF (IYC) | A | Dividend | L | T | Sold (part) | 03/03/17 | K | D | Public |
| 104.  – IShares North American Tech Soft (IGV) | A | Dividend | L | T | Buy | 01/10/17 | J | | Public |
| 105.  – IShares North American Tech Sector (IGM) | A | Dividend | L | T | | | | | |
| 106.  – IShares SP Smallcap 600 Index (IJR) | A | Dividend | L | T | | | | | |
| 107.  – IShares US Aerospace & Def ETF (ITA) | A | Dividend | L | T | | | | | |
| 108.  – IShares US Fin Services ETF (IYG) | A | Dividend | L | T | Buy | 02/10/17 | L | | Public |
| 109.  – IShares Phlx Semiconductor (SOXX) | A | Dividend | L | T | | | | | |
| 110.  – IShares S&P Midcap 400 Index (IJH) (See VIII) | A | Dividend | L | T | | | | | |
| 111.  – Powershares QQQ Tr (QQQ) | A | Dividend | L | T | | | | | |
| 112.  – Alerian MLP ETF (AMLP) | B | Dividend | | | Buy | 01/12/17 | J | | Public |
| 113. | | | | | Sold | 06/23/17 | K | | Public |
| 114.  – IShares N Amer Nat Res ETC (IGE) | A | Dividend | | | Sold | 06/13/17 | L | | Public |
| 115.  – IShares S&P 500 Grwth ETF (IVW) | A | Dividend | L | T | | | | | |
| 116.  – IShares S&P 500 VAL ETF (IVE) | B | Dividend | L | T | | | | | |
| 117.  – PWR SH DB US $ Ind Bull Fd ETF (UUP) | | None | | | Buy | 01/05/17 | J | | Public |
| 118. | | | | | Sold | 03/16/17 | L | | Public |
| 119.  – IShares Cohen & Steer REIT ETF (ICF) | | None | | | Buy | 01/26/17 | L | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 03/06/17 | L | | Public |
| 121. – IShares US Regional Banks ETF (IAT) | A | Dividend | L | T | Buy | 03/03/17 | K | | Public |
| 122. | | | | | Buy | 06/22/17 | J | | Public |
| 123. – Vanguard FTSE Emerging Markets (VWO) | B | Dividend | L | T | Buy | 05/11/17 | L | | Public |
| 124. | | | | | Buy | 10/12/17 | K | | Public |
| 125. – Vanguard FTSE Europe ETF (VGK) | B | Dividend | L | T | Buy | 05/22/17 | L | | Public |
| 126. | | | | | Buy | 10/16/17 | K | | Public |
| 127. Apartment, New York, NY (See VIII) | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/7/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2017, ending May 2017. Also adjunct faculty for 2010-2016, and 2018.

2 and 3. Decedent died 12/25/14. Letters testamentary issued 1/29/15. Decedent's will appointed filer as Trustee under Testamentary Trust Under Will. Neither filer, filer's spouse, nor any dependent child is beneficiary of estate or of testamentary trust. Filer, therefore, is not required to provide information about assets or income of the estate or trust. Assets were shown on 2014 Report as assets of Decedent's estate, Estate No. 1. The identified Assets of Estate No. 1 were sold in 2015 and substantially distributed to beneficiaries. Final distribution made in 2017, and estate has been closed, so filer no longer has position as Executor. One beneficiary is a testamentary trust, Trust No. 1. None of Filer, Filer's spouse, or any dependent child of Filer or spouse, (1) has any interest in principal or income of Estate No. 1 or Trust No. 1; (2) receives any income from the Estate or Trust; and (3) has any beneficial interest in the Estate or Trust. Filer, therefore, is not required to report with regard to disposition of these assets or assets or income of Estate or Trust. Lines 121 through 128 of 2015 Report listed Estate No. 1 and its assets, and Part VIII explained that Filer is not required to report with regard to these matters. For this reason, they are omitted from this Report.

II. Agreements

1. Agreement between West Services, Inc. (now known as Thomson/Reuters) (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) for each of years 2010 through 2018. No compensation; expenses to be reimbursed.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four or five digits of CUSIP number and another parenthetical sometimes shows SEC number.

Lines 58 and 59 - On 2016 Report, Line 64 showed bonds issued by "Gainesville - Hall Cnty Ga Hosp Auth Re OID," with a maturity in 2021 and "2KU9" as the last 4 digits of the Cusip number. A Pre-Refunding transaction occurred in February 2017 that resulted in the backing of a portion of the bonds by U.S Treasuries and the assignment of different Cusip numbers for each portion. Lines 58 and 59 reflect an edited description (due to space limits), the new Cusip numbers, interest, and values for each portion. Filer did not buy or sell bonds and the two assets are the same as the asset reported in 2016.

Lines 100 and 101 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian has utilized these accounts in past years at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally had zero balance. As set forth in Part VIII of 2016 Report (Part VIII, Lines 92-93 notes), funds in Morgan Stanley Private Bank in 2016 were transferred to Morgan Stanley Bank during reporting period, with zero balance at end of 2016 in Morgan Stanley Private Bank. Morgan Stanley Private Bank was listed for convenience of filer and for continuity. Morgan Stanley Private Bank was not used in 2017. Thus, it has no ending value.

Line 127 - Filer acquired 1/2 ownership interest in residential cooperative unit in 2006 for personal use of owners. Cost for 1/2 interest was $168,500. Co-owner is family member other than spouse or dependent child. See Line 52 and note, Financial Disclosure for 2006.

Filer removed this asset from reporting on Financial Disclosure for 2007 (Line 52) based on personal use of unit as a residence by co-owner. Co-owner is responsible for all expenses of property and does not pay anything to filer for occupancy. Filer has received no income from unit in any year.

For 2014 to present, co-owner leased the unit to a third party. Filer is not a party to the lease agreement. Co-owner is entitled to all income from the unit and is responsible for all expenses.

Because co-owner no longer uses unit as personal residence, Filer is listing the asset because it may now be considered an "investment."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544